# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Rene Villagran Rodriguez,

      Petitioner,

v.

Luis Rosa, Jr., et al.,

      Respondents.

No. CV-26-02538-PHX-DWL (CDB)

**ORDER**

Petitioner challenges his immigration detention, arguing he was previously released from immigration detention and his re-detention violated his due process rights. (Doc. 1.) The Court directed Respondents to answer the Petition. (Doc. 4.) Respondents' response states:

> Respondents do not oppose the habeas petition or the requested relief of release from custody.

(Doc. 13.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of May, 2026.

Dominic W. Lanza
United States District Judge