# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Rene Villagran Rodriguez,

        Petitioner,

v.

Luis Rosa, Jr., et al.,

        Respondents.

**NO. CV-26-02538-PHX-DWL (CDB)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed May 14, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to the request for release from custody. The remainder of the Petition is denied as moot. Judgment is entered in Petitioner's favor and this case is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

May 14, 2026

By    s/ K. James
Deputy Clerk